# U.S. Bankruptcy Court
# Middle District of Florida

In re:
**WILLIAM BRAD ROBERTS AND ALEXSANDREA MARIE ROBERTS**
Debtor

Bankruptcy Case No. **8:25−bk−07776−CED**

Adversary Proceeding No. **8:26−ap−00349−CED**

**WILLIAM BRAD ROBERTS**
Plaintiff
v.
**GOODLEAP LLC**
Defendant

## *SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

**Clerk, U.S. Bankruptcy Court**
**Middle District of Florida**
**Sam M. Gibbons United States Courthouse**
**801 North Florida Avenue**
**Tampa, FL 33602**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

**G. Donald Golden**
**429 Lithia Pinecrest Road**
**Brandon, FL 33511**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**






Clerk, U.S. Bankruptcy Court

***** Important Notice *****
.
**The enclosed Certificate of Service must be filed with the court <u>along with a copy of this summons</u> after service has been made on the parties.**

CSD 3007

## CERTIFICATE OF SERVICE

I, G. Donald Golden, certify that I am, and at all times during the service of process was,
(name)

not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint and a copy of Local Rule 7001-1 was made 9/15/2026 by:
(date)

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

GOODLEAP, LLC
c/o CT Corporation System, Registered Agent
1200 South Pine Island Rd
Plantation, FL 32301-2525

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of ______________ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

9/15/2026
Date

Signature

| | | |
|---|---|---|
| Print Name<br>G. Donald Golden | | |
| Business Address<br>429 Lithia Pinecrest Rd. | | |
| City Brandon | State FL | Zip 33511 |